**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00044-CV

### IN THE INTEREST OF C.P., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30012-2018**

## ORDER

This appeal concerns the termination of appellant's parental rights. Before the Court is the March 5, 2019 motion for substitution of counsel filed by attorneys Abby M. Foster and George Parker with the law firm Verner Brumley Mueller Parker, PC. On March 1, 2019, the trial court appointed Mark Heidenheimer of Mark Heidenheimer, PLLC to represent appellant on appeal. Accordingly, we **GRANT** the motion and **DIRECT** the Clerk of this Court to substitute Mr. Heidenheimer as counsel for appellant in the place of Ms. Foster and Mr. Parker.

Appellant's brief on the merits is currently due on March 7, 2019. Because Mr. Heidenheimer was recently appointed to represent appellant, the Court, on its own motion, extends the time to file a brief to **March 26, 2019**. We caution appellant that extension requests in this accelerated appeal involving the termination of parental rights will be strongly disfavored.

We **DENY** as moot the February 25, 2019 motion to withdraw as counsel and February 28, 2019 motion for extension of time to file a brief filed by former counsel.

/s/  KEN MOLBERG
    JUSTICE